**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VESTIS, LLC, aka VESTIS CALIFORNIA, LLC., a Nevada Limited Liability Company and; GINVE MODAS SL, a Spanish Limited Liability Company,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CARAMEL SALES, LTD, a United Kingdom Limited Company; DAVID POPECK; an individual; TET APS, a Denmark Limited Company; THOMAS SCHMIDT, an individual and DOES 1 to 50, inclusive<br><br>          Defendants.<br><br>AND RELATED CROSS-COMPLAINTS AND CROSS-ACTIONS | CASE NO. 8:18−cv−02257−DOC−KES<br><br>**JUDGMENT** |

On December 9, 2019, this Court issued on an Order accepting in full the Report And Recommendation of Magistrate Judge Karen Scott in which Magistrate Judge Scott recommended the imposition of terminating sanctions against Plaintiffs and Counter-Defendant Vestis LLC ("VESTIS") and Ginve Modas, SL ("GINVE MODAS"). Dkt. 175. Accordingly, this Court entered Default Judgment against VESTIS and GINVE MODAS on their Complaint and also against them on both of the Second Amended Counterclaims brought by Counter-Claimants Caramel Sales, Ltd. ("CARAMEL SALES"), TET ApS ("TET"), David Popeck ("POPECK") and Thomas Schmidt ("SCHMIDT", or collectively with TET, CARAMEL SALES and POPECK, the "Counter-Claimants"). *Id*.

Further, on February 19, 2020, this Court granted Counter-Claimants' Motion for Partial Summary Judgment against Counter-Defendants Morgan Recchia ("MORGAN RECCHIA") and Serge Recchia ("SERGE RECCHIA"). Dkt. 206. Among other things, this Court found that:

> Because Counter-Defendants have conceded liability as to each of the claims at issue in the instant Motion, and because none of the asserted defenses are applicable, the Court hereby GRANTS Counter-Claimants' Motion for Partial Summary Judgment. Any judgment issued on this order will be awarded against Counter-Defendants Serge and Morgan Recchia (and, to the extent this order overlaps with the prior terminating sanctions, against Counter-Defendants Vestis, LLC and Ginve Modas SL) in accordance with joint and several liability; Counter-Claimants will be responsible for equitably apportioning among themselves any damages they are able to collect.

*Id*.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered in favor of Counter-Claimants and against MORGAN RECCHIA,

SERGE RECCHIA, VESTIS and GINVE MODAS, jointly and severally, as follows:

| | |
|---|---|
| General and Compensatory Damages: | $ 1,313,242.50 |
| Consequential Damages: | $ 4,703,020.40 |
| Treble Damages Under Federal RICO Act | $ 18,048,788.70 |
| (or, in the alternative, as Punitive Damages) | |
| Attorneys' Fees | $ 464,988.00 |
| Prejudgment Interest: | $ 548,683.56 |
| Unpaid Litigation Sanctions: | $ 40,866.00 |
| TOTAL | $ 25,119,589.16 |

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED** that Judgment is entered in favor of CARAMEL SALES and POPECK and against MORGAN RECCHIA, SERGE RECCHIA, VESTIS and GINVE MODAS, jointly and severally, on the separate and additional claims brought by CARAMEL SALES and POPECK as follows:

| | |
|---|---|
| General and Compensatory Damages: | $ 534,542.85 |
| Prejudgment Interest: | $ 165,635.06 |
| TOTAL | $ 700,177.91 |

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, and DECREED** that Counter-Claimants shall recover their costs of suit herein to the extent allowed by law.

**IT IS SO ORDERED**.

DATED: November 12, 2021   By: _/s/ David O. Carter_
Honorable David O. Carter
UNITED STATES DISTRICT COURT JUDGE